■ CLARENCE W. WADSWORTH, Appellant, v. LEON L. MOORE, Respondent. ESTHER M. WADSWORTH, an Infant, etc., Appellant, v. LEON L. MOORE, Respondent.— Motions granted and appeals dismissed, without costs.

■ JACQUILINE MISTRETTA, by SAMUEL MISTRETTA, Her Guardian ad Litem, et al., Appellants, v. CHRISTOPHER A. CAMPANELLA, Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of ROBERT V. HOOEY, Petitioner, against MICHAEL J. DEMYAN, JR., et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVAN PETWAY, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show. merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED SCUDIERE, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD W. BRESNAHAN, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PELOW, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

Orders of dismissal for failure to prosecute entered in the following entitled appeals pursuant to rule X of the Appellate Division, Fourth Department, Calendar Rules.

In the Matter of LEWIS ACKERMAN, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent. ALFRED E. ALDRIDGE, Respondent, v. ÆTNA LIFE INS. CO., Appellant. AMALGAMATED FURNITURE FACTORIES, INC., Appellant, v. ROCHESTER TIMES-UNION, INC., Respondent. GRACE V. ANDERSON, as Administratrix of the Estate of CLARENCE A. ANDERSON, Deceased, Appellant, v. JEROME A. CROWLEY et al., Respondents. In the Matter of AUGUSTA ANTICOLLI et al., Respondents, v. THADDEUS STYPOWANY et al., Constituting the Board of Appeals of the City of Lackawanna, et al., Appellants. SENES E. ARCHIBALD, Appellant, v. EMMA ARCHIBALD, Respondent. ATLANTIC REFINING COMPANY, INC., Appellant, v. FREDERICK S. GREENE, as Superintendent of Public Works of the State of New York, et al., Respondents. CLIFTON AUSTIN, Respondent, v. THEODORE KOHLER, Appellant. AUTO DEALERS DISCOUNT CORP., Appellant, v. WILLAM G. WATERMAN, Respondent. ARLINGTON W. BAILEY, Respondent, v. RALSTON PURINA CO., Appellant. ANTHONY F. BARILE, Respondent, v. JAMES R. FISHER et al., Appellants. In the Matter of the Estate of GERTRUDE C. LANFORD, Deceased. In the Matter of LEO R. BARRY, as Chief of the Bureau of Fire, City of Utica, Respondent, against WALTER F. BRANAGH, Appellant. BENJAMIN F. BARTLETT et al., Suing on Behalf of Themselves and All Other Stockholders of the Lily Dale Assembly Similarly Situated, Appellants, v. LILY DALE ASSEMBLY et al., Respondents. HARRY J. BARTON, Appellant, v. BENJAMIN ROSENBLUM et al., Respondents. GERTRUDE BELGRADE, Appellant, v. BUFFALO NIAGARA ELECTRIC CORP., Respondent. OTTO BELGRADE, Appellant, v. BUFFALO NIAGARA CORP., Respondent. GENEVIEVE BELL (formerly Genevieve Burns), Respondent, v. JOHN E. WOLF, Appellant. JAMES BENDER, Appellant, v. EUGENE HUTTON et al., Respondents, et al., Defendant. EDMUND F. BENDER, Appellant, v. JOHN G. STOTT, Respondent. SYBEL D.

BENEDICT, Individually, Appellant, v. T. N. BENEDICT MFG. Co. et al., Defendants. In the Matter of SYBEL D. BENEDICT, Appellant, against MYRON S. MELVIN et al., Individually and as Co-partners, Respondents. CONCETTA BIANCOLINO, as Administratrix of the Estate of CESIDIO BIANCOLINO, Deceased, Appellant, v. BINGHAM AND TAYLOR CORP., Respondent. LUCY B. BICKFORD, Respondent, v. EDWIN BICKFORD, Appellant. In the Matter of NORMAN G. BIEHLER, Petitioner, against JOHN O'CONNELL et al., Constituting the State Liquor Authority, Respondents. PELAGIA BINIEMSKI, Appellant, v. MARY GWIZDALSKI et al., Respondents. PERCIVAL G. BIXBY, Respondent, v. HENRY A. WALTER et al., Appellants. M. IRA BLOOM, Plaintiff, v. LIBERTY BANK OF BUFFALO, Defendant. BONVILLE LUMBER COMPANY, INC., Respondent, v. LENA KOZLOWSKI et al., Appellants. IRENE A. BORATE et al., Appellants, v. CITY OF ROCHESTER et al., Respondents. RICHARD M. BOWEN et al., Suing on Behalf of Themselves and of All Other Persons Similarly Situated, Appellants, v. GEORGE B. WEAVER, SR., et al., Respondents. CAROLYN BREWSTER, Respondent, v. FRED HINCKLEY, Defendant and HARMON J. ROWLEY et al., Appellants. BLANCHE BRIGGS, Appellant, v. OSCAR G. BRIGGS, Respondent. JOSEPH E. BRIGHT, Appellant, v. CHARLES A. HINKLEY, Respondent. FRANCES D. BROCKWAY, as Executrix of ALBERT L. BROCKWAY, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. MANLY M. BUTTERWORTH, an Infant, by DAVID BUTTERWORTH, His Guardian ad Litem, Respondent, v. COUNTY OF ERIE, Apellant. NANCY E. CADMUS, Appellant, v. TRAVEL CLUB OF AMERICA, Respondent. In the Matter of JOHN CAHILL, Appellant, against CITY OF LOCKPORT et al., Respondents. JOHN E. CAHILL, Respondent, v. GEORGE P. STAPE, Appellant. SADIE CAHILL, Respondent, v. KERR D. MACMILLAN et al., Appellants. PATSY CAMBO, Appellant, v. VINCENZO FIORENTINE, Respondent. CAPITOL WINE AND SPIRIT CORP., Appellant, v. LARKIN WAREHOUSE, INC., Respondent, et al., Defendant. AMBROSE C. CAPRON, Respondent, v. JAMES B. SPEYERS, Appellant. JENNIE CARELLA, Respondent, v. ANDREW CARELLA, Appellant. JOHN J. K. CASKIE, Appellant, v. INTERNATIONAL RAILWAY Co., Respondent. GERALD F. CIANCIO, Appellant, v. ANTIONETTE CIANCIO, Respondent. In the Matter of the CITY OF BUFFALO, Appellant, against NEW YORK CENTRAL RAILROAD Co. et al., Respondents. CITY OF BUFFALO, Appellant, v. LOUISE KISSINGER et al., Respondents. In the Matter of the CITY OF BUFFALO, Appellant, against ESTATE OF AMBROSE WISNIEWSKI, Deceased, Respondent. CITY OF LACKAWANNA, Respondent, v. JOHN A. TOOMEY, Appellant. In the Matter of the CITY OF TONAWANDA (NEW YORK CENTRAL RAILROAD COMPANY). In the Matter of the CITY OF UTICA et al., Respondents; UTICA, CHENANGO AND SUSQUEHANNA VALLEY RAILROAD Co. et al., Appellants. In the Matter of the Accounting of KATHERINE M. CLEARY, as Administratrix of the Estate of MARY MALONEY, Deceased. JAMES F. COLLINS, Appellant, v. ELAINE M. COLLINS, Respondent. WARREN L. COMBS, as Administrator of the Estate of ELEA GUTLING, Deceased, Appellant, v. PETER SCHAUER et al., Respondents. LUCILLE M. CONLIN, as Administratrix of the Estate of GERALD F. CONLIN, Deceased, Respondent, v. CHARLES M. PEABODY, Appellant. MICHAEL CONNOLY, Apellant, v. CHARLES DRUCKER et al., Respondents. CONTINENTAL BANK & TRUST COMPANY of N. Y., as Successor Trustee of Trust Made by TANDLER REALTY CORP., Plaintiff, and RITA SHUE, Respondent, v. TANDLER REALTY CORP. et al., Defendants, and CLOVER HILLS, INC., Appellant. NORA M. COSTELLO, Respondent, v. LEO JOHN COSTELLO, Appellant. COUNTY OF ERIE, Plaintiff, v. COMMON SCHOOL DISTRICT No. 5, TOWN OF HAMBURG, ERIE COUNTY, et al., Defendants. COUNTY OF MONROE, Appellant, v. JOHN P. SMITH Co., INC., Respondent. WILLIAM CRAWFORD, Appellant, v. FRANK BREEN, Respondent.

760

EDWARD CUDNEY, Respondent, v. MARY CUDNEY, Appellant. In the Matter of the Estate of HENRY S. CURTIS, Deceased. LYDIA L. CUTCLIFFE, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOC. OF AMERICA, Appellant. BERNICE DABNEY, Appellant, v. CHESTER DABNEY, Respondent. CARL DARE, Appellant, v. HORACE E. CORAH, Respondent. LILLIAN DEMING, Respondent, v. CITY OF BUFFALO, Appellant. MOLLIE L. DESBECKER, Appellant, v. INTERNATIONAL RAILWAY Co., Respondent. FRANK C. DELMONT, Respondent, v. ARTHUR G. BONSIGNORE, Appellant. In the Matter of DI BELLO MOTOR SALES, INC., Respondent, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Appellant. PIETRO DILORETO et al., Respondents, v. SANTO CHIDO et al., Appellants. In the Matter of the Accounting of CHARLES H. DOLD et al., as Surviving Trustees for ALBERT W. DOLD. FRED DOPP, Appellant, v. KENNETH W. RICKERT, Respondent. GEORGE B. DOYLE, Respondent, v. SMILING IRISHMAN, INC. et al., Appellants. JOSEPH DRABIK, Respondent, v. SOPHIE DRABIK, Appellant. JAMES DRAUDT, Appellant, v. ROBERT C. DRAUDT, Respondent. JOHN E. DRURY, JR., as Receiver of ARCHIBALD G. SMITH, Respondent, v. ETHEYL M. SMITH et al., Appellants, et al., Defendant. MABEL L. DURKIN, as Administratrix of the Estate of ANNA DURKIN, Deceased, Respondent, v. INTERNATIONAL RAILWAY Co., Appellant. SADIE DZIERZANOWSKI, Appellant-Respondent, v. ROMAN DZIERZANOWSKI, Respondent-Appellant. WALTER EAGAN, Appellant, v. JOHN H. KEMP, Respondent. EASTMAN KODAK COMPANY, Respondent, v. HARRY A. WARNER et al., Appellants. In the Matter of EASTWOOD DAIRY, INC., Petitioner, against C. CHESTER DU MOND, as Commissioner of the Department of Agriculture and Markets of the State of New York, Respondent. In the Matter of MAURICE EDELBAUM, Attorney for CHARLES KAUFMAN, Appellant, v. JOHN F. FOSTER et al., Constituting the Prison Board of Auburn State Prison, Respondents. MILDRED EDDY, Respondent, v. DONALD EDDY, Appellant. JOHN C. EHRLICH, Appellant, v. LAWRENCE C. SMITH, Respondent. ELMWOOD LUMBER & SHINGLE Co., Plaintiff, by LOUIS F. WILHELM, as Assignee, Appellant, v. SAMUEL J. DICKEY et al., Respondents. In the Matter of the ERIE RAILROAD COMPANY et al., Petitioners, against BOARD OF SUPERVISORS OF COUNTY OF MONROE et al., Respondents. STANLEY EVANS, as Administrator of the Estate of BERT LEACH, Deceased, Respondent, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co., Appellant, et al., Defendants. SUSANNE D. EVERETT, Respondent, v. TULIO PAOLINI, Doing Business as PAOLINI TRUCKING, Appellant, et al., Defendant. IRVING E. JENSEN, Respondent, v. TULIO PAOLINI, Doing Business as PAOLINI TRUCKING, Appellant et al., Defendant. EVERYBODY'S WEEKLY, INC., Appellant, v. PHILADELPHIA INQUIRER Co., Respondent. JOSEPH EWINSKI, Respondent, v. PFAUDLER Co., Appellant. PETER J. FARMER, Respondent, v. JOSEPH J. YETT, Doing Business as "GENE'S INN", Appellant. FRANCIS T. FINDLAY, Respondent, v. WILLIAM HOLMES, Appellant. In the Matter of LEO FISHER, JR. et al. ALBERT FITZGERALD, as President of United Electrical, Radio and Machine Workers of America, et al., Appellants, v. RIVERSIDE LABOR HALL, INC., et al., Respondents. In the Matter of JOHN J. FLANNERY. HARRIS FLESHER, Respondent, v. JOHN A. WHILLIS, Appellant, et al., Defendant. EDWIN J. FLETCHER, Respondent, v. LORA G. FLETCHER, Appellant. MABEL FORKER, Suing on Behalf of Herself and All Other Persons Similarly Situated, Appellant, v. ROYAL DEVELOPMENT Co., et al., Respondents. HELEN D. CARROLL, Suing on Behalf of Herself and All Other Persons Similarly Situated, Plaintiff, v. ROYAL DEVELOPMENT Co. et al., Respondents. PETER BRENNAN, Suing on Behalf of Himself and All Other Persons Similarly Situ-

ated, Plaintiff, v. ROYAL DEVELOPMENT Co., Respondent. ALONZO FOX, Appellant, v. TOWN OF SOUTH BRISTOL, Respondent. CLARENCE FRECK, Respondent, v. POWER CITY DISTRIBUTING Co., INC., Appellant. ROSE FRECK, Respondent, v. POWER CITY DISTRIBUTING Co., INC., Appellant. In the Matter of FRANK FRONCZEK, an Infant. In the Matter of ROSE GABEL et al., Plaintiffs, against THOMAS W. H. JEACOCK, as Commissioner of Social Welfare of the County of Erie, Respondent. CHARLES C. GAGES, Appellant, v. GEORGE WRAY, Doing Business as "DICK'S DOUGHNUT SHOP," Defendant and HARRY J. KNOPP, Respondent. JOHN F. GARDINER, Respondent, v. VINCENT MURPHY et al., Appellants. EMMA R. GARRETSON, as Executrix of OLIVER S. GARRETSON, Deceased, Appellant, v. AMERICAN SEATING Co., et al., Respondents. In the Matter of EMMETT R. GAUHN, as Commissioner of Public Welfare of the City of Rochester, Respondent, against WILLIAM E. ESTER, Appellant. In the Matter of EMMETT H. GAUHN, as Commissioner of Public Welfare of the City of Rochester, Respondent, against HELEN LANGER et al., Appellants. CHARLES GEISLER, Appellant, v. EDWARD RUTKOWSKI et al., Respondents. LUCINDA R. GERNER, as Administratrix of the Estate of ALBERT J. GERNER, Deceased, Respondent, v. CLING SURFACE Co., Appellant. In the Matter of FRANK J. GIBBING, Respondent, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles, Appellant. MARTIN E. GILES et al., Respondents, v. WALLACE E. VOKES et al., Appellants. WAYNE GILLETTE, Respondent, v. M. MORAN TRANSPORTATION LINES, INC., Appellant. EDWARD J. GILROY, as Administrator of the Estate of EDWARD J. GILROY, JR., Deceased, Appellant, v. VILLAGE OF CELERON, Respondent. FRANK GLEBA, Respondent, v. NORMAN RICHARDS, Doing Business as PARISH MOTOR CAR Co., Appellant. ROSALIE GRACZYK, Respondent, v. GEORGE C. TAYLOR, as President of the American Express Co., Appellant. In the Matter of ERIE RAILROAD COMPANY et al. (Town of Belfast, Allegany County.) In the Matter of NEW YORK CENTRAL RAILROAD COMPANY et al. (Town of DeKalb, St. Lawrence County.) VINCENZO GRASUCCI, Appellant, v. SYMINGTON COMPANY, Respondent. In the Matter of RUTH R. GRAYSON, Appellant, against STATE LIQUOR AUTHORITY et al., Respondents. GLEN GUDRIDGE, as Administrator of the Estate of MINNIE GUDRIDGE, Deceased, Plaintiff, v. HENRY HOLTZ, Appellant and LENA DREWELOW, Respondent. KENNETH HALL, Respondent, v. FRED HILL, Appellant. ELVA G. HALLINGS, Respondent, v. EMMA SCHNEIDER, Appellant. In the Matter of GEORGE L. HARDY. ALFRED T. HARRIS et al., Appellants, v. RAYMOND D. HOWE et al., Respondents. JOSEPH M. HARRISON, Respondent, v. ANTONIO M. D'APRILE et al., Appellants. ELMER S. CONKLIN, Respondent, v. ANTONIO M. D'APRILE et al., Appellants. SUSANNE B. M. HASLAM, as Administratrix of the Estate of M. BRENT HASLAM, Deceased, Respondent, v. CITY OF BUFFALO et al., Defendants. INTERNATIONAL RAILWAY Co. et al., Appellants and SUSANNE B. M. HASLEM, Respondent, v. CITY OF BUFFALO et al., Defendants and INTERNATIONAL RAILWAY Co. et al., Appellants. ALBERT R. HATFIELD, Appellant, v. ERNEST BONVILLE, Respondent. ALSOME E. HAZELWOOD, Respondent, v. BYRON M. LYON, Appellant. In the Matter of the Accounting of M. FRANCES HEINRICH, as Executrix of LAWRENCE W. HEINRICH, Deceased, Appellant. CENTRAL TRUST COMPANY OF ROCHESTER, as Trustee, et al., Respondents. JANE K. HICKS, Respondent-Appellant, v. JOHN L. HICKS, Appellant-Respondent HOME OWNERS' LOAN CORP., Appellant, v. IRVING K. BAXTER, Respondent. MELBA INGALLS, Appellant, v. SYRACUSE POST STANDARD, Respondent. ALMA INSLEE, as Administratrix of the Estate of HAROLD INSLEE, Respondent, v. ROCHESTER AND SYRACUSE RAILROAD Co. INC., Appellant. JAMESTOWN, WESTFIELD & NORTHWESTERN R. R. Co. et al., Respondents, v.

CITY OF JAMESTOWN, Appellant. THOMAS W. H. JEACOCK, as Commissioner of Social Welfare of Erie County, et al., Respondents, v. DOMINIC PONGIE, Appellant. In the Matter of the Appointment of a Committee for GEORGE E. JENNINGS, an Alleged Incompetent Person. HARRIET H. WIXOM, Appellant; NORA B. ECKER, Respondent. HAZEL M. JONES, Respondent, v. CHARLES D. JONES, Appellant. MARGARET JONES, Respondent, v. CITY OF UTICA et al., Appellants. EPHRAIM J. KAUFFMAN, Appellant, v. FREDERIC S. GROVER, Respondent. In the Matter of LORETTA KELLY, Respondent, against EARL EBERSOL, Appellant. CHARLES W. KEMPF, Respondent-Appellant, v. RAYMOND A. KEMPF, Appellant-Respondent. KATHERINE KENDZIOR, as Administratrix of the Estate of ANDREW KENDZIOR, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent. EDWARD A. KETCHAM, Appellant, v. ÆTNA LIFE INSURANCE CO., Respondent. WILLIAM H. KETELHUT, Appellant, v. VIOLA REYNOLDS, Respondent. LELAND KNAPTON, an Infant, by MARY KNAPTON, His Guardian ad Litem, Respondent, v. PRATTSBURG CREAMERY CO., INC., et al., Appellants. MORRIS C. KNIGHT, Respondent, v. ROGERS AIR LINES, INC., Appellant. LOURDES M. KNUTH et al., Appellants, v. JAMES M. MARKIN, Respondent. JAMES KOZMA, Respondent, v. RALPH DE CRISTO, Appellant. GERTRUDE H. KRAATZ, Respondent, v. CERTAIN-TEED PRODUCTS CORP., Appellant. MARTHA LA LONE, Appellant, v. RICHARD T. CARLIN, Respondent and EDWARD W. LA LONE, Appellant. MYRON LA LONE, Appellant, v. RICHARD T. CARLIN, Respondent, and EDWARD W. LA LONE, Appellant. JAMES V. LAMACCHIA, Respondent, v. LEO M. SNELL, Individually and Doing Business as SNELL'S DANCING ACADEMY, Appellant. LANG'S CREAMERY, INC., Respondent, v. CITY OF NIAGARA FALLS et al., Appellants. In the Matter of JOHN L. LARSON, Petitioner, against BOARD OF PUBLIC WELFARE OF THE CITY OF JAMESTOWN, Respondent. CLINTON H. LATHROP, as Trustee of ERNEST H. ERZKUS, Bankrupt, et al., Respondents, v. ERNEST H. ERZKUS, Individually and as Administrator of the Estate of HENRIETTA D. ERZKUS, Deceased, et al., Appellants. JAMES C. LEES, as Commissioner of Public Welfare of Erie County, Respondent, v. ERA LAFORT, Appellant. HERMAN LESHNER et al., Respondents, v. ASSOCIATED GAS & ELECTRIC CO., Appellant. LEA C. J. LESPERANCE et al., Respondents, v. SOPHIE LEFEBVRE, Appellant, et al., Defendant. SAMUEL LEVY, Appellant, v. FANNIE KELMAN, Respondent, et al., Defendants. In the Matter of ROBERT H. LINK, Appellant, against C. ARTHUR POOLE, as City Manager of the City of Rochester, et al., Respondents. LITTLE FALLS ENGINEERING & EQUIPMENT CO., INC., Appellant, v. LOUIS GROSSMAN et al., Respondents. In the Matter of STEPHEN E. LOJACONO, Appellant, against PEOPLE'S MACARONI CO., INC., Respondent. FRANCES J. LOOS, Respondent, v. N. Y. STATE RWYS. et al., Appellants. ELIAS LOOS, Respondent, v. N. Y. STATE RWYS. et al., Appellants. LOUISE E. LOTT, Respondent, v. PARKER M. LOTT et al., Appellants. In the Matter of WILLIAM J. MAGEE, Respondent, v. CITY OF LACKAWANNA et al., Appellants. LOUISE MANCINI, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. OF BOSTON, MASS., Appellant. WALTER MARKLE, Appellant, v. ESTHER E. MARKLE, Respondent. EARL MARRIOTT, Appellant, v. RUTH MARRIOTT, Respondent. ELLA M. MARSHALL, Respondent, v. VILLAGE OF ALBION, Appellant. CHARLES J. MASCARI, Appellant, v. UTICA MUTUAL INSURANCE CO., Respondent. In the Matter of MAYOR AND COMMON COUNCIL OF THE CITY OF OSWEGO, Respondents. FREDERIC E. LYFORD, as Trustee of the NEW YORK, ONTARIO & WESTERN RAILWAY CO., Appellant. DONATO MECCA, Appellant, v. LAURA MECCA, Respondent. WILLIAM MESSING, Appellant, v. LILLIAN MESSING, Respondent. ALLYN B. MEYERS, Respondent, v. NEW YORK CENTRAL RAILROAD CO., Appellant, and LARUE T.

BOYNTON, Respondent. DONALD L. MCKENNA, Appellant, v. LUTZ AUTOMOBILE CORP., Respondent. In the Matter of RAYMOND J. MIELKE, Respondent, against ANDREW HAMILTON, as Commissioner of Public Safety of the City of Rochester, Appellant. MARTIN M. MILLS, Respondent, v. GUSTAVE J. SWITZER, Appellant. In the Matter of G. R. MINER, as Public Welfare Officer, Town of Portville, Appellant, against PAUL WOLVERTON, Respondent. LINA MIRABILE, Respondent, v. MATTEO DE BIASE, Doing Business as ITALIAN WEEKLY, Appellant. FRANCES MOLDRAM, as Administratrix of the Estate of RALPH MOLDRAM, Deceased, Appellant, v. UNIVERSITY OF ROCHESTER, Respondent. MONROE COVERALL SERVICE, INC., Appellant, v. WILLIAM TERHAAR, Doing Business as ROCHESTER COVERALL SERVICE AND SUPPLY, Respondent. In the Matter of WILLIAM MORGAN, Appellant, against JOSEPH B. FORD et al., as Members of the Municipal Service Commission of the City of Buffalo, et al., Respondents. B. WESTON MORRISON, Respondent, v. EDWARDS DAIRY Co., INC., Appellant, et al., Defendant. In the Matter of THEODORE M. MURPHY, Appellant, against THOMAS J. MCMAHON, as Commissioner of Police in the City of Buffalo, et al., Respondents. VIOLA MURPHY, Respondent, v. GEORGE MURPHY, Appellant. JOSEPH MURPHY, Appellant, v. STATE OF NEW YORK, Respondent. REGINA MCKAY, an Infant, by ANNA MCKAY, Her Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. ANNA MCKAY, as Administratrix of the Estate of JOHN F. MCKAY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. EDNA C. MURRAY et al., Appellants, v. INTERNATIONAL RAILWAY Co., Respondent. CHARLES MURTHA et al., Appellants, v. RUSSELL CALCAGNO et al., Respondents. WILBERT A. NARAMORE et al., Respondents, v. EAST AND MATTHEW STREET CORPORATION, Appellant. NATIONAL AUTOMATIC SCREW MACHINE PRODUCTS CORP. et al., Respondents, v. TWENTIETH CENTURY VALVE CORP., INC., Appellant. TWENTIETH CENTURY VALVE CORP., INC., Appellant, v. NATIONAL AUTOMATIC SCREW MACHINE PRODUCTS CORP. et al., Respondents. GEORGE NEARBIN, Appellant, v. MARY E. PECOR, Respondent. In the Matter of the Estate of PATRICK NEEDHAM, Deceased. W. FRANKLIN NESS, Respondent, v. STATE OF NEW YORK, Appellant. NEW YORK CENTRAL RAILROAD Co., Respondent, v. BEACON MILLING Co., INC., Appellant. In the Matter of the Adoption of MARY J. NICHOLSON, a Minor, by CHARLES A. SNELL et al., Respondents. JAMES C. LEES, as Commissioner of Public Welfare of Erie County, et al., Appellants. A. ELLSWORTH NOBLE et al., Respondents, v. BONDED FREIGHTWAYS, INC., et al., Appellants, et al., Defendant. LEO NUNAN, Respondent, v. JOHN A. CRAMER, Appellant. In the Matter of JAMES K. O'CONNOR, as Mayor of the City of Utica, Respondent, against JOHN J. WRIGHT, Appellant. ROBERT C. OWEN, JR., Respondent, v. JOSEPHINE O. MUSTAD et al., Appellants, et al., Defendants. FRANK PACER et al., as Administrators of the Estate of JOSEPH PACER, Deceased, Respondents, v. JOHN W. SCHUPP et al., Appellants. HELEN M. PALMER, Respondent, v. ALBERT F. PALMER, Appellant. CLAIRE C. PANASCI, Respondent, v. ERNEST PANASCI, Appellant. ERNEST PANASCI, Appellant, v. CLAIRE C. PANASCI, Respondent. ARTHUR V. PARLATO, Appellant, v. FULLER CANNERIES Co., INC., Respondent. GERTRUDE PARSELLS, Appellant, v. DEYO CORNUE et al., Respondents. MARCO PASCUZZI et al., Respondents, v. CAR AND GENERAL INSURANCE CORPORATION, LTD., Appellant. THOMAS PATSOS, Appellant, v. WILLIAM D. BEIN, Individually and as President of MILK DRIVERS, ICE CREAM DRIVERS AND DAIRY EMPLOYEES LOCAL UNION No. 315, et al., Respondents. WORTLEY B. PAUL, as Receiver of the SHORE GAS Co., INC., Respondent, v. HENRY A. WALTER, Appellant. PEOPLES BANK OF BUFFALO, Respondent, v. ALBERT PICK & Co., Appellant, et al., Defendants. PEOPLES COLLATERAL CORP.,

Appellant, v. FRANK A. CROSBY, Respondent. PEOPLES COLLATERAL CORP., Respondent, v. BENJAMIN FINEGOLD et al., Appellants. JOHN A. PETERSON, Appellant, v. JOSEPH LOMBARDI, Respondent. (And four other actions sought to be consolidated.) In the Matter of FRED PETRI against JAMES R. RUEHL, Individually and as President of Truck Drivers Local Union No. 449 of the International Brotherhood of Teamsters, et al. PHLODUR, INC., Respondent, v. LEWIS APPAREL STORES, INC., Appellant. GEORGE POWERS, SR., Respondent, v. GEORGE W. MELBROD, Appellant. In the Matter of BEATRICE PURVEE, an Infant, by GEORGE MERCER, Her Guardian ad Litem, Respondent, against CHARLES A. METHERELL, Appellant. BEATRICE PURVEE, an Infant, by GEORGE MERCER, Her Guardian ad Litem, Plaintiff, v. CHARLES METHERELL et al., Defendants. PYOTT FOUNDRY AND MACHINE CO., Respondent, v. ANNA M. KARGE, Doing Business as MONROE REFRIGERATION ENGINEERING CO., Appellant. P & H AUTO PARTS, INC., Respondent, v. VINCENT SKORUPSKI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BIEBER, Alias JOHN FERGESEN, Appellant. In the Matter of the PEOPLE OF THE STATE OF NEW YORK, Respondent, against CORNELIUS BROWNING, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BURMAN and MORRIS GLICKMAN, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CARIOLA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIE CELANI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS B. COLTON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DE TROYA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMORY L. EISENHAUER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP FALCONE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADRIAN FITZGIBBONS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN J. GORE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM HAFERMALZ, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE L. HOFFMAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. KANE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JADY KELLY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS C. LEWIS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COSMO MAUREZIO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MOORE, JR., Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SCHILLER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. BELLE BRAY, Appellant, against CHARLES F. ZIMMERMAN, as Sheriff of Erie County, et al., Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. LE CLAIR DECKER, Appellant, against W. BERTRAM PAGE, as Sheriff of Steuben County, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. WARD HAGER, HENRY PELOW, STANLEY KASPEREK and ALPHONSE JERZYNIEK, Appellants, against WILLIAM HUNT, as Warden of Attica Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLAUDE HALL, Appellant, against JOHN F. FOSTER, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN KANCAR, Respondent, against NORMAN WENDT, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER KOONS, Appellant, against WALTER A. ELLING, as Ontario County Sheriff, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ROGERS, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn Prison, Respondent. JENNIE F. QUILLINAN, Appellant, v. INTERNATIONAL RAILWAY CO., Respondent. In the Matter of JOHN P. QUINN, Respondent, against

DANIEL W. STREETER et al., as Civil Service Commissioners of the City of Buffalo, Appellants. WILLIAM F. RAMPE, Respondent, v. EDWARD RIEDMANN, Appellant. FRANCIS M. REED, as Administrator of the Estate of DAVID H. REED, Deceased, Respondent, v. JAMES C. DAVIS, as Director General, Appellant. ELLEN REGAN, Respondent, v. CITY OF LACKAWANNA, Appellant. MARTIN REIBER, Respondent, v. GEORGE B. CRAWFORD et al., Appellants. JAMES REINHARDT, an Infant, by EDWARD REINHARDT, His Guardian ad Litem, Respondent, v. ALICE S. MAXON, Defendant, and CITY OF BUFFALO, Appellant. JOSEPH P. REINLANDER, as Commissioner of Public Welfare of the County of Erie, Respondent, v. JOHN GUNTHERBERG, Appellant. In the Matter of the Construction of the Will of PASCAL P. JONES, Deceased. ROSE RILEY et al., Respondents, v. INTERNATIONAL RAILWAY Co., Appellant. HENRY J. ROBERTS et al., Respondents, v. JAMES W. MCCARTNEY et al., Appellants. ROCHESTER SMELTING & REFINING Co., INC., Appellant, v. NEUMEYER & DIMOND, INC., Respondent, et al., Defendant. ANNETTE ROGERS, Doing Business as ANDY'S SERVICE STATION, Respondent, v. N. B. I. CORP., Appellant. PERMELIA ROWE, Appellant, v. INTERNATIONAL RAILWAY Co., Respondent. GEORGE RUMENAPP, Appellant, v. SECOND NATIONAL BANK OF ELMIRA, Respondent. MAYNARD E. RUSSELL, Respondent, v. HERMAN SNEARLY, Appellant. JOSEPH SAVAREE et al., Respondents-Appellants, v. ZORA SIGL et al., Appellants-Respondents, et al., Defendants. MARCELLO SCAGLIOLA, Respondent, v. JOSEPH FRANCATI et al., Appellants. FRED W. SCHIEFER, Respondent, v. THE LUITWIELER CORP., Appellant. ETHEL L. SCHRUTT, Respondent, v. LOUIS SCHRUTT, JR., Appellant. In the Matter of ERNEST SCHULTZ, Petitioner, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles, Respondent. ESTHER SHEEHAN, Appellant, v. STEVE OLSZOWY et al., Respondents. In the Matter of the Estate of JOHN D. SMITH, Deceased. ELMER T. SMITH, Respondent, v. ELLA A. SMITH, Appellant. SMITHFIELD'S PURE FOOD COMPANY, INC., Respondent, v. ULYSSES GRANT CARPENTER, Appellant. RAYMOND SNIDER, an Infant, by ROBERT SNIDER, His Guardian ad Litem, Respondent, v. HARRY RENNER, Appellant. JACOB H. SNYDER, Respondent, v. MELVIN E. WARNER, Appellant, et al., Defendants. NICK SOPORITO, Respondent, v. HETZLER FOUNDRIES, INC., Appellant. SPILLMAN ENGINEERING CORP., Respondent, v. J. DANIEL MCCARTY, Appellant. SQUAW ISLAND FREIGHT TERMINAL Co., INC., Appellant, v. HOLLOWAY SAND Co., Respondent. STANDARD ACCIDENT INSURANCE COMPANY, Respondent, v. NEW YORK CENTRAL RAILROAD Co., Appellant. CLARA B. STEPHENS, Appellant, v. EDD EVANS et al., Respondents. LOUISE STEVENS, Appellant, v. ADELENE W. MARING, Respondent. In the Matter of JOSEPH H. STOFFEL, as President of the Economics League, Appellant, against BOARD OF STADIUM AND MEMORIAL AUDITORIUM OF THE CITY OF BUFFALO, Respondent. EARL STOTT, Appellant, v. JOHN PARYS, Respondent. MADELINE STRIEBICH, as Administratrix of the Estate of JOSEPH S. STRIEBICH, Deceased, Respondent, v. MARJORIE V. BRACE, Appellant. ARTHUR STRONG, Appellant, v. BRAYTON E. PECK, Respondent. ST. STANISLAUS CHURCH SOCIETY, Respondent-Appellant, v. COUNTY OF ERIE et al., Appellants-Respondents. PHILIP SUKROW et al., Doing Business as ACME LAUNDRY, Respondents, v. LOCAL UNION 39 OF THE LAUNDRY WORKERS INTERNATIONAL UNION et al., Appellants. ARTHUR E. SULLIVAN, Respondent, v. JOHN G. SCHUDER, INC., Appellant. ROSWELL F. TAYLOR, Respondent-Appellant, v. L. H. DUNHAM, Appellant-Respondent. In the Matter of PASQUALE TERZINI, Petitioner, against JOSEPH E. LOLO, as City Clerk of the City of Rome, Respondent. In the Matter of RUTH THOMPSON, Appellant, against ALBERT D. FORSYTH, as Town Superintendent of Highways in the

Town of North Dansville, Livingston County, Respondent. LAWRENCE J. THORNTON, Appellant, v. TOWN OF LANCASTER et al., Respondents. TOWN OF SAVANNAH, Respondent, v. TOWN OF CONQUEST, Appellant. ELLIS M. TREAT, Respondent, v. LEMUEL C. BUTLER et al., Appellants. JOSEPH TURCZYN, Respondent, v. ARO EQUIPMENT CORPORATION OF BRYAN, OHIO, Appellant. MARY ULICKY, an Infant, by PAUL ULICKY, Her Guardian ad Litem, Respondent, v. GENERAL BAKING Co. et al., Appellants. UTICA MUTUAL INSURANCE COMPANY, Respondent, v. VALENTINE HAMERA, Appellant, et al., Defendant. HELEN VALERIUS, Appellant, v. CHESTER J. BECKWITH, Respondent. JOSEPH VAN STORY, as Administrator of the Estate of BERNARD VAN STORY, Deceased, Respondent, v. YOUNG MEN'S CHRISTIAN ASSN. OF BUFFALO, Appellant. EMILE G. P. VANSYPVELD, Appellant, v. LILLIAN VANSYPVELD, Respondent. SALVATORE M. VELLA, Appellant, v. UNITED STATES FIDELITY & GUARANTY Co., Respondent. VILLAGE OF WILSON, Appellant-Respondent, v. NORMA M. KAPELL et al., Respondents, and ATLANTIC MUNICIPAL CORP., Respondent-Appellant. JOSEPH WAGNER, Respondent, v. WALTER S. JOHNSON BUILDING Co., INC., Appellant. WILLIAM WAWRZYCKI, Respondent, v. BALTIMORE AND OHIO RAILROAD Co., Appellant. JOHN F. NACEY, Respondent, v. BALTIMORE AND OHIO RAILROAD Co., Appellant, et al., Defendants. THOMAS WELCH, Individually and as Administrator of the Estate of JOHN E. WELK, Deceased, Respondent, v. TRAVELERS INSURANCE Co., Appellant. DAVID H. WELSH, Respondent, v. COWLES SHIPYARD Co., INC., Appellant. A. WESTON LUMBER Co., Plaintiff, v. BENJAMIN VAN CAMPEN et al., Defendants, and JOSEPHINE VAN CAMPEN, Appellant, and OLEAN REAL ESTATE Co., Respondent. LILA E. WHEELER, as Administratrix of the Estate of ALFRED M. WHEELER, Deceased, Appellant, v. LEO LANG et al., Respondents. ALBERT H. WILD, Appellant, v. JAMES A. HARRIS, Respondent. WILLIAMSON MILL & LUMBER Co., Appellant, v. BERT E. VALENTINE, Respondent. PHOEBE E. WILSON, as Administratrix of the Estate of FRANCIS M. WILSON, Deceased, Respondent, v. N. Y. STATE RAILWAYS, Appellant. PHOEBE E. WILSON, as Administratrix of the Estate of J. OLNEY WILSON, Deceased, Respondent, v. N. Y. STATE RAILWAYS, Appellant. FRED E. WORDEN, Doing Business as WORDEN MONUMENT, Respondent, v. FRANCES CORRIGAN, Appellant. ANTHONY ZAFF, Respondent-Appellant, v. ANNE L. MINAKUS, Appellant-Respondent. IRENE ZIMMERMAN, Appellant, v. GOODYEAR-WENDE OIL CORP., Respondent.

## (May 16, 1958)

PAULINE BROWN et al., Appellants, v. BORIS GOLDEN, Respondent. APPEAL from an order of the Supreme Court at Special Term, entered September 14, 1955, in Niagara County, which (1) denied in part a motion by plaintiffs for an order directing defendant to answer certain questions at an examination before trial and (2) granted a motion by defendant for an order directing plaintiffs to answer certain questions at an examination before trial.

Appeal dismissed without costs on the ground that the order does not constitute an appealable order. (See *Bernstock* v. *Paramount Beauty Shoppe*, 257 App. Div. 1004; *Matter of Jackson* v. *B. L. T. Garment Co.*, 267 App. Div. 831; *Oppenheimer* v. *Duophoto Corp.*, 271 App. Div. 1005; *Matter of Myer* v. *Myer*, 271 App. Div. 1004.)

HALPERN, J. (dissenting). The order from which the plaintiffs appeal consists of two parts, one granting the defendant's motion to compel the plaintiffs to answer certain questions, and the other denying the plaintiffs' motion to